**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00802-CV

## HOSSEIN S. NAMDARKHAN AND BARDIA NAMDARKHAN, Appellants

### V.

## GLAST, PHILLIPS & MURRAY, P.C., MARK C. ENOCH, MARK C. ENOCH, P.C., AND MATTHEW ENOCH, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is the June 21, 2019 motion of appellant Bardia Namdarkhan requesting an extension of time to file a combined reply/cross-appellee's brief. We **GRANT** the motion and extend the time to **July 24, 2019**.

/s/    ERIN A. NOWELL
       JUSTICE